THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY OF
NEW YORK, Respondent, v. DAVID MORRIS et al.,. as
Assessors of the Town of Fishkill, Appellants.

*Tax — New York city — exemption from taxation of property forming
part of aqueduct system.*

People ex rel. City of New York v. Morris, 211 App. Div. 862.
affirmed.

(Argued January 12, 1926; decided January 22, 1926.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the second judicial
department, entered December 12, 1924, which unani-
mously affirmed an order of Special Term reducing an
assessment levied against real property of the city of New
York in the town of Fishkill on the ground that it was a
part of its aqueduct system necessary to its full and com-
plete operation and, therefore, exempt by law from
taxation.

*Harry C. Barker* for appellants.

*George P. Nicholson,* Corporation Counsel (*Frank T.
Fitzgerald* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.